Entered: July 20, 2012
Signed:  July 20, 2012

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  08–27450 – JS    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Brian Fabian
*debtor has no known aliases*
43008–037
FPC
P.O. Box 2000
Lewisburg, PA 17837

Social Security No.:   xxx–xx–2042

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 12/31/08.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec –** *jjohnson*

### End of Order