**SO ORDERED**



JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   08−27450 − JS    Chapter:  7

Alan Brian Fabian
43008−037
FPC
P.O. Box 2000
Lewisburg, PA 17837

## ORDER REOPENING CASE
## TO PERMIT DEBTOR(S) TO
## FILE AN ADVERSARY PROCEEDING

Upon consideration of Debtor(s)' motion to reopen the above−captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor(s) to File an Adversary Proceeding, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor(s) has/have not initiated such action by filing a pleading herein on or before (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Marc Robert Kivitz
      Chapter 7 Trustee – Monique D. Almy
      U.S. Trustee
      Respondent Creditor(s) – IRS, 31 Hopkins Plaza, Baltimore, MD 21201

### End of Order

31.2 – *edevine*